cember 10, 1906. Decided December 17, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Haseltine* v. *Central Bank,* 183 U. S. 130; *Schlosser* v. *Hemphill,* 198 U. S. 173. *Mr. William E. Gantt* and *Mr. Herbert L. Baker* for plaintiff in error. *Mr. E. F. Colladay, Mr. J. W. Woodrough* and *Mr. W. F. Gurley* for defendant in error.

*Decisions on Petitions for Writs of Certiorari from October 8 to December 24, 1906.*

No. 413. THE ATLANTIC TRUST COMPANY, PETITIONER, *v.* EDGAR C. CHAPMAN, RECEIVER, ETC., ET AL. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Edward B. Whitney* and *Mr. Stanley W. Dexter* for petitioner. *Mr. Edgar C. Chapman* for respondents.

No. 433. HENRY ARNOLD RICHARDSON, AS TRUSTEE, ETC., PETITIONER, *v.* JOHN M. SHAW ET AL. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. John Brooks Leavitt* for petitioner. *Mr. E. S. Theall* for respondents.

No. 142. THE EAGLE ORE SAMPLING COMPANY, PETITIONER, *v.* DUNCAN CHISHÓLM, TRUSTEE. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. M. Teller* for petitioner. *Mr. Joel F. Vaile, Mr. C. A. Brandenburg* and *Mr. E. C. Brandenburg* for respondent.